UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-60077-WPD

OMAR ODEH,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP d/b/a ARS ACCOUNT
RESOLUTION SERVICES,

    Defendant.
_____/

# DEFENDANT, HEALTHCARE REVENUE RECOVERY GROUP'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Defendant, HEALTHCARE REVENUE RECOVERY GROUP, by and through its undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and herein states as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

| | |
|---|---|
| Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Services | Defendant |
| Ernest H. Kohlmyer, III | Counsel for Defendant |

| | |
|---|---|
| Shepard, Smith, Kohlmyer, & Hand, P.A. | Counsel for Defendant |
| Omar Odeh | Plaintiff |
| Jibrael S. Hindi | Counsel for Plaintiff |
| The Law Offices of Jibrael S. Hindi | Counsel for Plaintiff |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4. The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The plaintiff is alleged to be a victim of wrongful civil conduct.

5. I hereby certify that, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this **6th day of February, 2018**.

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **February 6, 2018**, via the Clerk of Court's CM/ECF system which will provide electronic notice to the following attorney of record:  The Law Offices of Jibrael S. Hindi, c/o Jibrael S. Hindi, Esquire at *jibrael@jibraellaw.com (Attorney for Plaintiff)*.

>*/s/ Ernest H. Kohlmyer, III*
>Ernest H. Kohlmyer, III, Esquire
>Florida Bar No.: 110108
>skohlmyer@shepardfirm.com
>Mary Grace Dyleski, Esquire
>Florida Bar No.: 0143383
>mdyleski@shepardfirm.com
>Rachel M. Ortiz, Esquire
>Florida Bar No. 083842
>rortiz@shepardfirm.com
>Shepard, Smith, Kohlmyer & Hand, P.A.
>2300 Maitland Center Parkway, Suite 100
>Maitland, Florida 32751
>Telephone (407) 622-1772
>Facsimile (407) 622-1884
>*Attorneys for Defendant Healthcare Revenue Recovery Group*